| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HIAWATHA MANOR ASSOCIATION, INC., | ) | CASE NO. 16-27850-JDL |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| | ) | |
| HIAWATHA MANOR ASSOCIATION, INC., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 25-90052 |
| | ) | |
| CAROL JO CARRARA, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**STATEMENT OF THE HIAWATHA MANOR WEST ASSOCIATION, INC.
IN SUPPORT OF HIAWATHA MANOR ASSOCIATION, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Hiawatha Manor West Association, Inc., acting through its duly authorized Board and its undersigned legal counsel, hereby advises the Court that it supports the grant of summary judgment in favor of Hiawatha Manor Association, Inc., which will facilitate the sale of the Hiawatha Manor West complex in accordance with the procedures that are before the Court in the main bankruptcy case captioned above.

Respectfully submitted,

**MANIER & HEROD, P.C.**

/s/ *Michael E. Collins*
Michael E. Collins (TN Bar No. 16036)
S. Marc Buchman (TN Bar No. 41598)
1201 Demonbreun Street, Ste 900
Nashville, TN 37203

Telephone: (615) 244-0030
Facsimile: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Hiawatha Manor West*
*Association, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served via the Court's CM/ECF system on March 19, 2026, on all parties who are registered to receive electronic notice through the Court's CM/ECF system.

/s/ *Michael E. Collins*
Michael E. Collins

4911-3440-7729, v. 1